UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ELIO MULAS AND LUCIA MULAS;

    Plaintiffs,

v.

WESTCHESTER SURPLUS LINES INSURANCE COMPANY;

    Defendant,
_____/

Case No. 2:24-cv-00534-SPC-KCD

## ORDER

Plaintiffs Elio and Lucia Mulas allege they submitted an insurance claim for hurricane damage that Defendant Westchester Surplus Lines Insurance Company will not pay. To recover the funds owed, Plaintiffs now sue for breach of contract. (Doc. 6.)

To address the influx of hurricane litigation, the Court has adopted a specialized scheduling order that stays all discovery except for certain automatic disclosures. (Doc. 4.) Non-party subpoenas are prohibited unless the parties agree to them. (*Id.* at 2.) Defendant has served such subpoenas over Plaintiffs' objection. **This is impermissible under the existing scheduling order**. Thus, Plaintiff's motion for a protective order concerning those subpoenas (Doc. 33) is **DENIED WITHOUT PREJUDICE** because the subpoenas are automatically void. Defendant is directed to contact the

subpoena recipients and advise them of the same. The subpoenas will be addressed at the upcoming Rule 16 conference when the Court sets the remaining deadlines and opens third-party discovery.

**ORDERED** in Fort Myers, Florida on March 20, 2025.

Kyle C. Dudek
United States Magistrate Judge